AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Aubrey Maurice Jordan, Monroe Hughes a/k/a Roe, and Cortez LaKeith Byrd a/k/a Byrd<br><br>*Defendant(s)* | Case No.<br>(UNDER SEAL)<br>3:18mj 146-LRA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 10, 2018__ in the county of __Lauderdale__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(a)(1)(C)<br>18 U.S.C. § 1512(k)<br>18 U.S.C. § 1513(a)(1)(B)<br>18 U.S.C. § 1513(f) | Conspired to kill and killed a person with intent to prevent the communication relating to the commission or possible commission of a federal offense; and<br><br>Conspired to kill and killed a person with the intent to retaliate for providing to a law enforcement officer information relating to the commission or possible commission of a federal offense |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Kim Dearman, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/20/2018

_____
*Judge's signature*

City and state: Jackson, Mississippi

Hon. Linda R. Anderson, U.S. Magistrate Judge
*Printed name and title*